**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

BARRY THOMPSON, KATAVON
BROWN and GREGORY RAYMOND,

      Plaintiffs,

v.                                        Case No:  6:16-cv-1468-Orl-40KRS

DEALER MANAGEMENT SERVICES,
INC. and TT OF BREVARD, INC.,

      Defendants.
_____/

## **ORDER**

This cause is before the Court on the Amended Joint Motion for Fairness Finding and Approval of Settlement (Doc. 24) filed on December 13, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be denied as moot.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 13, 2016 (Doc. 26), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Amended Joint Motion for Fairness Finding and Approval of Settlement (Doc. 24) is **DENIED AS MOOT**.

3. The Court construes the Amended Joint Motion for Fairness Finding and Approval of Settlement as a joint stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

4. The case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney's fees.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on January 4, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties